UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| BRETT MCVOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:23-cv-338 |
| | ) | |
| IDEX CORPORATION, HURST JAWS OF LIFE, INC., and MACQUEEN EQUIPMENT, LLC dba MACQUEEN EMERGENCY GROUP | ) | Hon. Jon E. DeGuilio |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, MacQueen Equipment, LLC dba MacQueen Emergency Group, by counsel, and pursuant to Fed. R. Civ. P. 7.1 and N.D. Ind. General Order 2023-06, states as follows:

1. MacQueen Equipment, LLC is a wholly owned subsidiary of MacQueen Intermediate II, LLC, which is a wholly owned subsidiary of MacQueen Intermediate I, LLC, which is a wholly owned subsidiary of MacQueen Equipment Capital, LLC.

2. MacQueen Holdings, Inc. owns 15.4% interest in MacQueen Equipment Capital, LLC.

3. MacQueen Management Holdings, LLC owns 4.61% interest in MacQueen Equipment Capital, LLC.

4. CJS Holdings, Inc. owns 0.59% interest in MacQueen Equipment Capital, LLC.

5. WPM Holdings, Inc. owns 0.79% interest in MacQueen Equipment Capital, LLC.

6. MidCap Funding Equity Holding, LLC owns 0.79% interest in MacQueen Equipment Capital, LLC.

7. Warren Equity Partners Fund III, LP and Warren Equity Partners Fund III-A, LP

are the majority owners of MacQueen Equipment Capital, LLC, owning the remaining interest in MacQueen Equipment Capital, LLC.

8. Travelers Property Casualty Company of America is the insurance carrier for MacQueen Equipment, LLC, and may be liable in whole or in part for a judgment against MacQueen Equipment, LLC in this action or for the cost of defense of MacQueen Equipment, LLC.

9. Diversity jurisdiction is the basis for this Court's jurisdiction, as the amount in controversy exceeds $75,000.00 and the parties being citizens of different states. The facts in support of this Court's jurisdiction are set forth in Doc. 28, ¶¶ 3-23.

10. No additional disclosures are required under Fed. R. Civ. P. 7.1 or N.D. Ind. General Order 2023-06.

Respectfully submitted,

HUNT SUEDHOFF KEARNEY LLP

<u>/s/ Kevin W. Kearney</u>
Kevin W. Kearney (#17636-71)
Austin T. Kearney (#34661-71)
Hunt Suedhoff Kearney LLP
*Attorneys for Defendant*
*MacQueen Equipment, LLC*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 25th day of October 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Kevin W. Kearney
Kevin W. Kearney (#17636-71)