**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORHTERN DISTRICT OF INDIANA**

**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| BRETT MCVOY, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO.: 3:23-cv-00338 |
| | ) | |
| MACQUEEN EQUIPMENT, LLC, | ) | |
| IDEX CORPORATION, and | ) | |
| HURST JAWS OF LIFE, INC. | ) | |
| Defendants | ) | |

**MEDIATOR'S REPORT TO COURT**

Joseph R. Fullenkamp reports to the Court that the Parties to this Lawsuit held a mediation on August 22, 2024, and settled the claims. The Parties will file a FRCP 41 Stipulation of Dismissal within 5 business days after the settlement terms are complied with. That will likely occur within 30 to 60 days.

__/s/ Joseph R. Fullenkamp__________________

Joseph R. Fullenkamp, Mediator

Fullenkamp Mediation, LLC

joe@fullenkampmediation.com

(574) 261-0353

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record through the Court's CM/ECF system on August 23, 2024.

_/s/ Joseph R. Fullenkamp___________________