UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| BRETT MCVOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:23-cv-338 |
| | ) | |
| IDEX CORPORATION, HURST JAWS OF LIFE, INC., and MACQUEEN EQUIPMENT, LLC dba MACQUEEN EMERGENCY GROUP | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Plaintiff, Brett McVoy, by counsel, and the Defendants, IDEX Corporation, Hurst Jaws of Life, and MacQueen Equipment, LLC dba MacQueen Emergency Group, by counsel, hereby stipulate to the dismissal of Plaintiff's claims against Defendants, as well as any claims the Defendants may have against each other related to this matter, with prejudice in its entirety, each party to bear its own costs, as the matter has been resolved.

Dated: 10-2-2024

/s/ Ryan G. Milligan
Ryan G. Milligan (#28691-71)
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, IN 46635
*Attorney for Plaintiff*

Dated: 10-2-2024

/s/Austin T. Kearney
Austin T. Kearney (#34661-71)
Hunt Suedhoff Kearney, LLP
205 West Jefferson Boulevard, Suite 300
South Bend, IN 46601
*Attorney for Defendant MacQueen Equipment*

Dated: 10-2-2024

/s/ Jeffrey D. Hawkins
Jeffrey D. Hawkins (#19387-49)
211 N Pennsylvania Street
Suite 300
Indianapolis, IN 46204
*Attorney for Defendants IDEX Corporation,*
*And Hurst Jaws of Life*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record by electronic filing through the Court's E-Filing System this 2nd day of October 2024.

/s/ *Austin T. Kearney*
Austin T. Kearney